It is so ordered.  This matter is hereby dismissed without prejudice.
/s/ John R. Adams
U.S. District Judge
5/15/2026

## IN THE UNITED STATES DISTRICT COURT
### FOR THE NORTHERN DISTRICT OF OHIO
### EASTERN DIVISION

| | |
|---|---|
| **ANDRES PEREZ PASTOR,**<br><br>                              **Petitioner,**<br><br>         **v.**<br><br>**KEVIN RAYCRAFT,** *et al.,*<br><br>                              **Respondents.** | **Case No. 4:25-CV-2804**<br><br>**JUDGE JOHN R. ADAMS**<br><br>**PETITIONER'S NOTICE OF DISMISSAL PURSUANT TO FRCP 41(a)(1)** |

Now comes Petitioner, ANDRES PEREZ PASTOR, by and through counsel, and pursuant to FRCP 41(a)(1), hereby moves this Court for permission to dismiss his Petition for Writ of Habeas Corpus herein.  As grounds, Petitioner was ordered removed from the United States in proceedings before the Executive Office of Immigration Review on May 6th, 2026, and waived appeal of the Immigration Judge's decision.  Accordingly, Petitioner no longer is eligible for the relief sought herein.

Accordingly, for the forgoing reasons, Petitioner respectfully requests that this court grant Petitioner permission to voluntarily withdraw his habeas petition and enter an order dismissing the petition without prejudice.